IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRICAL INDUSTRY SERVICE BUREAU INC; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH & WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and TIM DONOVAN, Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund,

    Plaintiffs,

  v.

BEAMAN'S INC., a California corporation,

    Defendant.
_____/

No. C 12-05662 CW

ORDER RE DEFAULT

    Default having been entered by the Clerk on December 21, 2012,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for Wednesday, February 6, 2013 is continued to Wednesday, April 3, 2013.

Dated: 12/28/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef