UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEAMANS, INC., <br><br> Defendant. _____/ | No. C 12-5662 JST (MEJ) <br><br> **ORDER RE: MOTION FOR DEFAULT JUDGMENT** |

On December 21, 2012, the Clerk of Court entered default against Defendant Beaman's, Inc. Dkt. No. 13. Plaintiffs subsequently filed a Motion for Default Judgment, which has been referred to the undersigned to prepare a report and recommendation. Dkt. Nos. 15, 16. However, Defendant has now filed an Opposition to Plaintiffs' Motion. Accordingly, as it appears that Defendant seeks to defend itself in this action and the case may proceed on the merits, the Court hereby VACATES the March 7, 2013 hearing set in this matter. Defendant shall file a motion to set aside default before the presiding judge pursuant to Federal Rule of Civil Procedure 55(c).

**IT IS SO ORDERED.**

Dated: February 13, 2013

_____
Maria-Elena James
United States Magistrate Judge