1 | Richard K. Grosboll, State Bar No. 99729
Eileen M. Bissen, State Bar No. 245821
2 | NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
3 | San Francisco, CA 94104
Tel. (415) 677-9440
4 | Fax (415) 677-9445
Email: ebissen@neyhartlaw.com

5

6

7 UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and TIM DONOVAN as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund,

Plaintiffs,

v.

BEAMAN'S, INC., a California corporation;

Defendant.

Case No. 12-cv-05662 JST

STIPULATION AND ~~[PROPOSED]~~ CONTINGENT ORDER OF DISMISSAL

The parties hereto stipulate as follows:

1. The parties have reached agreement to settle this case under the terms and

-1-
STIPULATION AND ~~[PROPOSED]~~ CONTINGENT ORDER OF DISMISSAL
Case No. 12-cv-05662 JST

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

1  conditions specified in the Settlement Agreement, attached hereto as Exhibit A.

2      2.      The settlement involves payment of consideration over time.

3      3.      If the settlement payments are not made in a timely fashion or if the Settlement

4  Agreement is otherwise breached, Plaintiffs can file the Stipulation for Entry of Judgment attached

5  hereto as Exhibit B. The Court shall then Order the Entry of Judgment. Plaintiffs have agreed not

6  to file the Stipulation for Entry of Judgment if the Settlement Agreement is complied with in full.

7      4.      The parties agree that Plaintiffs may reopen the matter by filing the Stipulation for

8  Entry of Judgment at any time prior to September 1, 2013, if Defendant fails to pay the

9  consideration due or otherwise violates the terms and conditions of the Settlement Agreement.

10

11     **IT IS SO STIPULATED.**

12

13  Dated: 3|12|13

14                                          BEAMAN'S, INC.

15                                          By: _____
                                                DENIS H. BEAMAN
16
                                            Its: __C.E.O.__
17  Dated: 3/14/2013

18                                          ELECTRICAL INDUSTRY SERVICE BUREAU

19                                          By: _____
                                                JUDITH FISHER
20
21                                          Its: __CAO__

22

23

24

25

26

27

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

28

-2-



Respectfully Submitted,

Dated: 3.13.2013

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
EILEEN M. BISSEN
Attorney for Plaintiffs

OLES MORRISON RINKER & BAKER, LLP

Dated: 03-12-2013

By: _____
CATHERINE W. DELOREY
Attorneys for Defendant

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-
STIPULATION AND [PROPOSED] CONTINGENT ORDER OF DISMISSAL
Case No. 12-cv-05662 JST

1

**[PROPOSED] ORDER**

2      The parties hereto, having advised the Court that they have agreed to a settlement of this

3  action,

4      IT IS HEREBY ORDERED that this action is dismissed; however, if Plaintiffs certify to

5  this Court, with proof of service of a copy thereon on the Defendant or its counsel, on or before

6  September 1, 2013, that the agreed consideration for the settlement has not been paid or the

7  Settlement Agreement has otherwise been breached, the foregoing Order shall be vacated by this

8  Court and this action shall forthwith be restored to the calendar. Plaintiffs may then file the

9  Stipulation for Entry of Judgment referred to in the above stipulation and proof of payments made

10  by Defendant and reasonable attorneys' fees and costs incurred by Plaintiffs. Judgment will then

11  be entered forthwith.

12      **IT IS SO ORDERED.**

13

14  Dated:  March 28, 2013

15                                    _____
                                      Honorable Jon S. Tigar
16                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28
NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-4-