Richard K. Grosboll, State Bar No. 99729
Eileen M. Bissen, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: ebissen@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and TIM DONOVAN as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund,

Plaintiffs,

v.

BEAMAN'S, INC., a California corporation;

Defendant.

Case No.  12-cv-05662 JST

STIPULATION AND [PROPOSED] CONTINGENT ORDER OF DISMISSAL

The parties hereto stipulate as follows:

1. The parties have reached agreement to settle this case under the terms and

conditions specified in the Settlement Agreement, attached hereto as Exhibit A.

2. The settlement involves payment of consideration over time.

3. If the settlement payments are not made in a timely fashion or if the Settlement Agreement is otherwise breached, Plaintiffs can file the Stipulation for Entry of Judgment attached hereto as Exhibit B. The Court shall then Order the Entry of Judgment. Plaintiffs have agreed not to file the Stipulation for Entry of Judgment if the Settlement Agreement is complied with in full.

4. The parties agree that Plaintiffs may reopen the matter by filing the Stipulation for Entry of Judgment at any time prior to September 1, 2013, if Defendant fails to pay the consideration due or otherwise violates the terms and conditions of the Settlement Agreement.

**IT IS SO STIPULATED.**

Dated: 3/12/13

BEAMAN'S, INC.

By: _____
DENIS H. BEAMAN

Its: C.E.O.

Dated: 3/14/2013

ELECTRICAL INDUSTRY SERVICE BUREAU

By: _____
JUDITH FISHER

Its: CAO

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | Dated: 3.13.2013 |

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
EILEEN M. BISSEN
Attorney for Plaintiffs

Dated: 03-12-2013

OLES MORRISON RINKER & BAKER, LLP

By: _____
CATHERINE W. DELOREY
Attorneys for Defendant

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-
STIPULATION AND [PROPOSED] CONTINGENT ORDER OF DISMISSAL
Case No. 12-cv-05662 JST

## [PROPOSED] ORDER

The parties hereto, having advised the Court that they have agreed to a settlement of this action,

IT IS HEREBY ORDERED that this action is dismissed; however, if Plaintiffs certify to this Court, with proof of service of a copy thereon on the Defendant or its counsel, on or before September 1, 2013, that the agreed consideration for the settlement has not been paid or the Settlement Agreement has otherwise been breached, the foregoing Order shall be vacated by this Court and this action shall forthwith be restored to the calendar. Plaintiffs may then file the Stipulation for Entry of Judgment referred to in the above stipulation and proof of payments made by Defendant and reasonable attorneys' fees and costs incurred by Plaintiffs. Judgment will then be entered forthwith.

**IT IS SO ORDERED.**

Dated: March 28, 2013

_____
Honorable Jon S. Tigar
United States District Judge